The Law Offices of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | Case Number: 12-CR-00198-MCE |
| | **DEFENDANT TRAVIS OLIBAS' WAIVER OF PERSONAL APPEARANCE** |
| V. | |
| TRAVIS OLIBAS ET AL. | |

     Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, TRAVIS OLIBAS, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and

further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and dates under that Act without his personal presence. The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: JULY 30, 2012

/s/ TRAVIS OLIBAS
(Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: JULY 30, 2012

*/s/ Olaf W. Hedberg*
Olaf W. Hedberg
Attorney for TRAVIS OLIBAS

IT IS SO ORDERED.

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE