The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>Travis Olibas et. al. | Case Number:  12-CR-198 MCE<br><br>**STIPULATION AND ORDER REGARDING CONDITIONS OF PRETRIAL RELEASE**<br><br>**DATE: N/A**<br>**TIME:  N/A**<br>**DEPT: Hon. Kendall J. Newman** |

  In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Gregory G. Hollows on May 22, 2012. Specifically, section 8(s) of that order directs Defendant to remain in his residence *at all times*, unless absent for certain enumerated exceptions.

  I have spoken with Mr. Olibas's Pretrial Services Officer Mr. Ryan Garcia and AUSA Michael Anderson and requested that term 8(s) be altered to delete the order that Mr. Olibas must remain in his residence *at all times*, and a directive that Mr. Olibas be allowed to *leave his residence from 8 a.m. to 6 p.m.* be substituted in its place.

  Both Mr. Garcia and AUSA Anderson have no objection to the change.

IT IS THERFORE STIPULATED:

Mr. Travis Olibas' Special Condition of Release #8(s), issued by the Hon. Gregory G. Hollows on May 22, 2012 be altered so that the phrase "You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO." be deleted and the phrase "You are restricted to your residence at all times except that you may be absent from your residence from the hours of 8 a.m. to 6 p.m.." be substituted in its place.

Dated:  November 19, 2012

BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Michael Anderson
ASSISTANT UNITED STATES ATTORNEY

Dated: November 19, 2012

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR TRAVIS OLIBAS

IT IS SO ORDERED

Mr. Travis Olibas' Special Condition of Release #8(s), issued by the Hon. Gregory G. Hollows on May 22, 2012 be altered so that the phrase "You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO." be deleted and the phrase "You are restricted to your residence at all times except that you may be absent from your residence from the hours of 8 a.m. to 6 p.m.." be substituted in its place.

Dated:__12/21/2012___                           ___/s/ Carolyn K. Delaney_____
                                                Hon. Carolyn K. Delaney
                                                United States Magistrate Court Judge