1  The Law Office of Olaf W. Hedberg
   Olaf W. Hedberg, State Bar #151082
2  901 H St., Suite 673
   Sacramento, California 95814
3  (916) 447-1192 office
   1-412-774-3537 fax
4  o.hedberg@sbcglobal.net

5

6

7

8

9  IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

10  CALIFORNIA

11

12  THE UNITED STAES OF AMERICA            Case Number:  12-CR-198 WBS

13  V.                                     STIPULATION AND [PROPOSED]
                                           ORDER REGARDING CONDITIONS
14  Travis Olibas et. al.                  OF PRETRIAL RELEASE

15                                         DATE: N/A
                                           TIME:  N/A
16                                         DEPT: Hon. Allison Claire

17

18      In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release

19  Order issued by the Hon. Gregory G. Hollows on May 22, 2012 and subsequently altered by

20  Stipulation and Order filed on December 26, 2012.

21      I have spoken with Mr. Olibas's Pretrial Services Officer Mr. Ryan Garcia and AUSA

22  Michael Anderson and requested that the order that Mr. Olibas be subjected to electronic

   monitoring be deleted.

23      Both Mr. Garcia and AUSA Anderson have no objection to the change.

24

25

1

IT IS THERFORE STIPULATED:


Mr. Travis Olibas' Special Conditions of Release be altered so that the  requirement that he be subjected to electronic monitoring be deleted.


Dated:  May 20, 2013

BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Michael Anderson
ASSISTANT UNITED STATES ATTORNEY

Dated: May 20, 2013

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR TRAVIS OLIBAS

IT IS SO ORDERED

    Mr. Travis Olibas' Special Conditions of Release be altered so that the  requirement that he be subject to electronic monitoring be deleted.

Dated: May 21, 2013

_Hon. Allison Claire_
United States Magistrate Court Judge