```
                                                  FILED
                                               October 17, 2013
                                            CLERK, US DISTRICT COURT
                                            EASTERN DISTRICT OF
                                                  CALIFORNIA
                                               /s/ DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>v.    )<br>    )<br>TRAVIS OLIBAS,    )<br>    )<br>    Defendant. ) | Case No. 2:12CR00198-MCE-15<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TRAVIS OLIBAS , Case No. 2:12CR00198-MCE-15 , Charge  Pretrial Release Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $___

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    ✔   (Other)   Pretrial conditions as stated on the record.

The defendant shall not be released until 10/18/2013 @ 8:30 a.m. to Pretrial Services.

Issued at  Sacramento, CA  on  October 17, 2013  at  9:03 am .

                                            By   /s/ Allison Claire
                                                Allison Claire
                                                United States Magistrate Judge

Copy 2 - Court